JANUARY 12, 1970

No. 678, Misc. MYLES *v.* PROCUNIER, CORRECTIONS DIRECTOR, ET AL. Sup. Ct. Cal. Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court. *Paul Ligda* for petitioner.

No. 911. AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA *v.* YOUNG, TRUSTEE IN BANKRUPTCY, ET AL. C. A. 2d Cir. Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court. *Robert E. Curran* and *Kevin D. Moloney* for petitioner. *Herman Cahn* for respondents.

No. ——. COFFEY *v.* CRAVEN, WARDEN. C. A. 9th Cir. Petition presented to MR. JUSTICE DOUGLAS for reconsideration of denial of bail, and by him referred to the Court, denied. *Thomas C. Lynch,* Attorney General of California, *Albert W. Harris, Jr.,* Assistant Attorney General, and *Joyce Ferris Nedde,* Deputy Attorney General, in opposition.

No. ——. SIGNORELLI *v.* MALLECK. C. A. 2d Cir. Application for restraining order presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied. *Solicitor General Griswold* in opposition.

No. 74. TAGGART ET AL. *v.* WEINACKER'S, INC. Sup. Ct. Ala. [Certiorari granted, *ante,* p. 813.] Motions of American Retail Federation and Homart Development Co. for leave to file briefs as *amici curiae* granted. *Brice I. Bishop* and *Phil B. Hammond* on the motion for American Retail Federation.